ty; that he has not been apprehended, and is still at large.

Under the terms of article 824; C.C.P., as amended (Vernon's Ann.C.C.P. art. 824), this court is without jurisdiction. Hence we must dismiss the appeal. Antwine v. State, 112 Tex.Cr.R. 135, 13 S.W. (2d) 847.

The original opinion reversing the judgment of conviction is withdrawn.

The appeal is dismissed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

## HEIM v. STATE.
### No. 18436.

Court of Criminal Appeals of Texas.
April 22, 1936.

A. A. Dawson, of Canton, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Appellant was convicted upon a charge that while intoxicated he operated an automobile upon the public highway in Van Zandt county, Tex.; punishment was assessed at a fine of $50 and his privilege to drive an automobile suspended for two years.

The record contains neither statement of facts nor bills of exception. No question is presented for review.

The judgment is affirmed.

## ABSTON v. STATE.
### No. 18248.

Court of Criminal Appeals of Texas.
April 22, 1936.

Davis & Davis, of Haskell, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, Judge.

Conviction for driving an automobile while intoxicated on a public highway; punishment, thirty days in the county jail.

The record is here without statement of facts or bills of exception. No error appearing, the judgment is affirmed.